JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE E.,<br><br>  Plaintiff,<br><br>vs.<br><br>MARTIN J. O'MALLEY COMMISSIONER OF SOCIAL SECURITY<br><br>  Defendant | No. CV 23-4855-E<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

   Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

   IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,820.00 in attorney's fees, subject to the terms of the stipulation.

Dated:   __4/1/24__

_____
HON. CHARLES F. EICK
U.S. Magistrate Judge